NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-5025

INNOVAIR AVIATION LIMITED,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in case no. 96-CV-408 Senior Judge Loren A. Smith.

ON MOTION

O R D E R

The United States moves for a 60-day extension of time, until March 26, 2010, to file its brief. Innovair Aviation Limited opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JAN 2 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: H. Christopher Bartolomucci, Esq.
Sheryl L. Ford, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2010

JAN HORBALY
CLERK